UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,

V. C.A. No. 05-185 S

ASHBEL T. WALL, ET. AL.

# PROOF OF SERVICE

The above named Plaintiff, Bernardo Figueroa, Pro-se, in the above entitled action hereby certifies that as require by Rule 4 of the Fed. R. Civ. Proc., on this 8th day of May 2005, I effected service on the named defendants who are employees of the Rhode Island Adult Correctional Institutions (RIACI) by mailing via U.S. Mail service, a copy of the complaint along with the Notice of Lawsuit forms and Waiver of Service of Summons forms for each defendants at RIDOC 40 Howard Avenue Cranston, R.I. 02920.

I the undersigned declare under penalties of perjury that the above and foregoing is true and correct. Executed on this 8th day of May 2005

[signature] 3

[signature]

BERNARDO FIGUEROA #272332
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VIRGINIA 24279

# CERTIFICATE OF SERVICE

I hereby certifies that on this 8th day of May 2005. A true original copy was mailed to the named defendants A.T. Wall. At 40 Howard Avenue. Cranston. R.I. 02920, and Joseph DiNitto at I.S.C. classification Dept. P.O. Box 8249. Cranston RI 02920

[signature]

May 8, 2005

Ashbel T. Wall, Director
Rhode Island DOC
40 Howard Avenue
Cranston, RI 02920

Joseph A. DiNitto
Associate Director, RIDOC
ISC P.O. Box 8249
Cranston, RI 02920

RE: B. Figueroa v. A.T. Wall, Et. Al.; CA No. 05-185S

Dear Mr. Wall and Mr. DiNitto:

As Require by Rule 4 of the Federal Rules of Civil Procedure, I am serving your with copies of a lawsuit and notice of lawsuit, I am also sending your two copies for each of your of the Waiver of service of summons that will need to be completed and or signed by your and returned to me.

Please be advised that if your do not accept service in this manner. A motion for service of process by U.S. marshal's sevice will be filed with the court and your may be required to pay the full costs of such service.

Very truly yours.

[signature]

(BERNARDO FIGUEROA. #272382
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VIRGINIA 24279

BFM.

ENCLOSURE.
CC: U.S. DISTRICT COURT'S CLERK W/ENC.
FILE