UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V.                                        C.A. No. 05-185 S

ASHBEL T. WALL, ET. AL.

# MOTION FOR SERVICE OF PROCESS

Now Comes the above named Plaintiff, in Pro-Se, And Pursuant to Rule 4 (c) (2) (ii) Respectfully Request this Honorable court to issue an order directing the U.S. Marshal's service to effect service of Process upon the named defendants in the above-entitled Action. In support of this motion Plaintiff states the Following.

1. On May 8, 2005, the Plaintiff effected Service of Process upon defendants Ashbel T. Wall and Joseph A. DiNitto by Mailing them Copies of the Complaint, Notice of lawsuit And Request For Waiver of service of Summons via U.S. Mail service.

2. Defendant DiNitto Responded with a letter informing the Plaintiff that he has forwarding these documents to attorney Michael Grant, that he is sure that Mr. Grant Will Review them and take Whatever action is necessary. Please see Enclosure-"A"
It should be noted that defendant DiNitto ~~[illegible]~~ mention a letter which are the Process

3. the defendants did not Returns the Waiver of Service Form, thus Refusing to accept service in this manner

Therefore, Plaintiff Respectfully Prays that this Honorable Court issue an order requiring the U.S. Marchal's service to effect service upon defendants Wall and DiNitto in the above entitled action.

DATED: JUNE 12, 2005.

Respectfully submitted,
[signature]

# CERTIFICATE OF SERVICE

I hereby Certifies that on this 12th day of June 2006, A TRUE COPY OF Plaintiff's Motion FOR SERVICE OF PROCESS WAS MAILED to DEFENDANTS AND THEIR ATTORNEY MICHAEL B. GRANT. DEPUTY CHIEF LEGAL COUNSEL R.I DOC. AT 40 HOWARD AVENUE CRANSTON. R.I. 02920.

[signature]
BERNARDO FIGUERIA