ATTACHMENT - "A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

May 26, 2005

Bernardo Figueroa,

Dear Mr. Figueroa:

In response to your letter dated May 8, 2005, please be advised that I am forwarding your letter to Michael Grant, Deputy Chief Legal Counsel, for the Rhode Island Dept. of Corrections.

I am sure that Mr. Grant will review your letter and take whatever action is necessary.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: M. Grant
file
505figueroa