# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

ORDER GRANTED
Jacob Hagopian
U.S. Magistrate Judge
June 30, 2005

BERNARDO FIGUEROA

V.

ASHBEL T. WALL, ET. AL.

FILED
JUN 16 2005

C.A. No. 05-185 S

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☒ for determination
☐ ______
William E. Smith, U.S. District Judge
Date: 6/16/05

## MOTION FOR SERVICE OF PROCESS

NOW COMES the Above NAMED PlAINTIFF, IN PRO-SE, AND PURSUANT TO RULE 4 (c) (2) (ii) RESPECTFULLY REQUEST this HONORABLE COURT TO ISSUE AN ORDER directing the U.S. MARShal's SERVICE TO EFFECT SERVICE OF PROCESS UPON the NAMED defendants IN The Above-Entitled Action. In support of this motion PlAINTIFF states the following.

1. ON MAY 8. 2005. the Plaintiff effected SERVICE OF PROCESS UPON defendants Ashbel T. Wall and Joseph A. DiNitto by Mailing them Copies of The Complaint, Notice of lawsuit And Request For Waiver OF SERVICE OF SUMMONS VIA U.S. Mail SERVICE.

2. DEFENDANT DiNitto RESPONDED With A letter informing the Plaintiff that he has forwarding these documents to attorney Michael Grant, that he is sure that Mr. Grant Will Review them and take Whatever action is necessary. Please see ENCLOSURE-"A"

It should be noted that defendant Dinitto ~~Reference~~ mention a letter which are the process

3. the defendants did not returns the Waiver of service form, thus Refusing to accept service in this manner

Therefore, Plaintiff Respectfully Prays that this Honorable Court issue an order requiring the U.S. Marchal's service to effect service upon defendants Wall and Dinitto in the above entitled action.

DATED: JUNE 12, 2005.

Respectfully submitted,

[signature]

BERNARDO FIGUEROA #272332
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

# CERTIFICATE OF SERVICE

I hereby Certifies that on this 12th day of June 2005, a true copy of Plaintiff's motion for service of process was mailed to defendants and their attorney Michael B. Grant. Deputy Chief Legal Counsel R I DOC. at 40 Howard Avenue Cranston. R.I. 02920.

[signature]
BERNARDO FIGUERIA

"ATTACHMENT – A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

May 26, 2005

Bernardo Figueroa, #272332
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

Dear Mr. Figueroa:

In response to your letter dated May 8, 2005, please be advised that I am forwarding your letter to Michael Grant, Deputy Chief Legal Counsel, for the Rhode Island Dept. of Corrections.

I am sure that Mr. Grant will review your letter and take whatever action is necessary.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: M. Grant
file
505figueroa