UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, II, ET AL

## ANSWER

Now come Defendants A. T. Wall and Joseph DiNitto and hereby answer Plaintiff's Complaint in the above-entitled matter.

Defendants deny each and every claim asserted in the Plaintiff's complaint and leave Plaintiff to his proof.

## **FIRST DEFENSE**

Plaintiff's allegations fail to state a claim upon which relief may be granted. Plaintiff does not allege any facts which would support a claim under 42 U.S.C. Section 1983 and/or Section 1985. Furthermore, Plaintiff does not state any claims against any Defendant cognizable in a federal forum.

## **SECOND DEFENSE**

This court lacks jurisdiction over the claims alleged against the Defendants; particularly this Court has no jurisdiction.

## **THIRD DEFENSE**

Defendants, at all times acted reasonably, in good faith and did not violate any clearly established constitutional rights of the Plaintiff. Therefore, the Defendants are entitled to qualified immunity from suit for money damages.

## **FOURTH DEFENSE**

This action is barred by sovereign immunity.

The Plaintiff assumed the risk.

**SIXTH DEFENSE**

Plaintiff's damages, if any there are, were caused by Plaintiffs' own actions.

**SEVENTH DEFENSE**

At all times material hereto, the State, by and through its agents, officers, and employees was in exercise of due care and in good faith duly fulfilled any and all duties owed to the Plaintiff in this action, if any duties in fact were owed.

Defendant A. T. Wall, II to the extent that he is sued in his official capacity as Director of the Adult Correctional Institutions, Rhode Island Department of Corrections; and Defendant Joseph DiNitto, to the extent that he is sued in his official capacity as Associate Director/Classification of the Adult Correctional Institutions, Rhode Island Department of Corrections; both having the benefit of their status as sovereigns, together with all privileges and immunities, which inure to said status.

WHEREFORE, Defendants demand entry of judgment in their favor plus costs and attorney's fees.

DEFENDANTS,
By their Attorney,

Michael B. Grant, #3864
Deputy Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
Bar No. 3864

CERTIFICATION

I hereby certify that on this 7th day of September, 2005, I mailed a true copy of the within Answer to Plaintiff Bernardo Figueroa, #272332, Red Onion State Prison, P. O. Box 1900, Pound, Virginia 24279.

Elite Designs, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2005, I mailed a true copy of the foregoing Defendant Elite Designs, Inc.'s Answer To Complaint to:

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Richard W. MacAdams, Esq.
MacAdams & Wieck, Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903