SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA.

V C.A. No. 05-185 S

ASHBEL T. WALL, ET. AL.

## MOTION TO INTERVENE AND-OR FOR A COURT ORDER

Now Comes the Plaintiff Bernardo Figueroa, in Pro-Se, And Pursuant to the Applicable Rules of the Fed. R. Civ. P. Moves for an Order of this Honorable Court directing the Rhode Island Department of Corrections' defendants to have the illegal and unconstitutional implanted devices Removed from the Plaintiff's Ears Canal. And States as a basis for his motion the Memorandum attached hereto and the agreed Facts in this matter.

DATED: August 12, 2005

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☒ for determination
☐ ____
William E. Smith, U.S. District Judge
Date: 9/8/05

**ORDER**
**DENIED. The relief plaintiff seeks, removal of "implanted devices" has already been adjudicated in two previous cases.**

Senior U.S. Magistrate Judge Jacob Hagopian
Date: September 20, 2005