UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,
PLAINTIFF,

V. C.A. No. 05-185 S

ASHBEL T. WALL, II, ET. AL.
DEFENDANTS.

# MOTION FOR A COURT ORDER

NOW COMES the above named Plaintiff, Bernardo Figueroa, in Pro-se, and pursuant to the applicable Rules of the Fed. R. Civ. P. Respectfully Requests this Honorable Court to issue an order directing defendant Joseph A. DiNitto, interstate Corrections Compact administrator to have all Plaintiff legal materials Returned to him as and for the following reason:

the Plaintiff who is sentenced to the custody, care and control of the Rhode Island Department of Corrections (RIDOC) was transferred and confined in Virginia Confinement Facilities on August 5, 1999, pursuant

to the interstate Corrections Compact agreement.

Do to the ongoing unconstitutional Conditions the Plaintiff Was being subjected in Virginia Prison on a continuing basis, And due to the Fact that inmate Edwing Rivera Who also Was Transferred to Virginia several Months ago; Was also complaining about being subjected to unconstitutional conditions in Virginia Prison. On October 16, 2005, both inmate Rivera and the Plaintiff Was Returned to Rhode Island. On october 17, 2005, inmate Rivera Was Relocated in a confinement facility located in the state of New Hampshire, the Plaintiff however, Was Confined to the segregation unit at the intake Service Center, in Cranston Rhode Island.

On october 23, 2005, Plaintiff Wrote a letter to defendant DiNitto, asking him to Please have his legal materials and Personal belongings Returned to him Which are being holding at the Virginia Red Onion state Prison and in Powhatan Rec. and Class. Center. In his Response of october 25, 2005, defendant DiNitto indicated to me that it is his understanding that all my Personal belongings Will Remain in the Commonwealth of Virginia, that I am in Rhode Island for Court Proceedings, and When my court Proceedings are completed, I Will be Returned to the Commonwealth of Virginia.

However, the Plaintiff have Received several court Orders in different legal matters he has Pending

in this Court, the First Circuit U.S. Court of Appeals, and in the Rhode Island Superior and Supreme Court Concerning his Criminal Conviction i.e.; Application for Post Conviction Relief, in these orders the Plaintiff have received Each of these Courts has set a deadline, in which Plaintiff has been Required to File Certain Motion, Pleadings, Memorandum, Appellate brief, Appendix, Addendum, and Exhibits and documentation which are in Virginia as well as the document that need to be served in C.A. No. 05-415 T. and Pre-trial Memorandum in C.A. No. 05-185 S.

the Plaintiff is unable to comply with any of these court order without access to his legal materials and legal supplies.

The Pain and suffering the Plaintiff have experienced in Virginia Prison is worse than death, and therefore it have already made clear that the Plaintiff will not going back to Virginia to die.

Wherefore, the Plaintiff Respectfully Prays that this Honorable Court in the interest of Justice issue an Order directing the defendants to have all Plaintiff legal material Returned to him Forth with.

DATED: NOVEMBER 3, 2005

Respectfully submitted

Bernardo Figueroa

BERNARDO FIGUEROA

[redacted]

ISC. P.O. BOX 8249
CRANSTON, R.I. 02920

# CERTIFICATE OF SERVICE

I hereby certifies that on this 3th day of November 2005, A true copy of the within motion was mailed to defendants' attorney Michael B. Grant, Deputy Chief Legal Counsel R.I.D.O.C., at 40 Howard Avenue, Cranston, R.I. 02920

Bernardo Figueroa

B.

All these matters could be terminated if the defendants agree no to confined plaintiff in Virginia, and provide the medical treatment needed to correct his eye and ears conditions.

Bernardo Figueroa
11-3-05

4