November 23. 2005

Honorable William Smith
United States District Judge
Federal Bldg. and Courthouse
One Exchange Terrace
Providence, R.I. 02903

RECEIVED
NOV 28 2005
Property of U.S. District Court
District of Rhode Island

Re: Figueroa v. A.T. Wall, et. Al.
CA. No. 05-185S.

Dear Your Honor:

In the above referenced action, on October 24, 2005, a Pretrial Order was issued by this Court. However, I have been unable to file any Motion or comply with any of the requirement of said Pretrial Order, because for the past 40 days I have been confined at the Rhode Island A.C.I. Intake Service Center Segregation Unit, and all my legal materials and Court Papers are being deliberately withholding in Virginia, and Rhode Island Prison officials are refusing to have my legal materials and Court papers returned to me, to prevent me from being able to pursuing my legal claims.

Therefore, I am asking you to please issued an Order directing Rhode Island Prison officials to have my legal materials and Court Papers returned to me without further delay.

thank you for taking the time to read my letter and for any consideration you may give this very important matter.

Respectfully yours.

[signature]

BERNARDO FIGUEROA
I.D. # 80803
I.S.C. P.O. BOX 8249
CRANSTON, RI 02920

cc: Michael B. Grant, esq.
File.