UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUERO,
PLAINTIFF,

V. C.A. NO. 05-185S

ASHBE T. WALL, II, ET. AL.
DEFENDANTS.

# MOTION FOR A COURT ORDER

Now comes the above named Plaintiff, Bernardo Figueroa, in Pro-se, and respectfully Request this Honorable Court to issue an order directing the Rhode Island Department of Corrections' Defendants, Ashbel T. Wall, II. Director and Joseph A. DiNitto, Associate Director of Classification to have all Plaintiff's legal materials returned to him without further delay, as and for the reasons stated in the accompanying memorandum.

Respectfully submitted

[signature]

Bernardo Figueroa, #80803
I.S.C. P.O. BOX 8249
CRANSTON, R.I. 02920

# CERTIFICATE OF SERVICE

I hereby Certifies that on this 6th day of December 2005, A TRUE COPY OF the Within Plaintiff's motion FOR A COURT ORDER With ACCOMPANYING MEMORANDUM WAS MAILED to the defendants AND their Attorney Michael B. GRANT, ESQ. Deputy, chief Legal Counsel FOR the Rhode Island Dept. OF Corrections at 40 Howard Avenue, Cranston, R.I. 02920

[signature]

BERNARDO FIGUEROA

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,

V. C.A. No. 05-185 S

ASHBEL T. WALL, II, ET. AL.

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A COURT ORDER

Now Comes the Plaintiff in the above Entitled action and Pursuant to the applicable Rules of the Fed. R. Civ. P. and for the Reasons stated in this Memorandum, Respectfully, moves this Honorable Court to order the defendants to have all Plaintiff legal materials returned to him. For the following Reasons:

On October 16, 2005, Plaintiff was Returned to the Rhode Island adult Correctional institutions (RIACI) from Virginia Prison.

On October 26, 2005, Plaintiff wrote a letter to defendant DiNitto, interstate Corrections Compact Coordinator, asking him to Please have his

Legal materials and Personal belongings Returned to him. in his Response of October 25, 2005, defendant DiNitto stated: it is my understanding that all your Personal belongings Will Remain in the Commonwealth of Virginia, you are in Rhode Island for Court Proceedings; and when your Court Proceedings are completed, you will be Returned to Virginia. Please see Enclosures-"A"

On October 24, 2005, this Court issued A Pretrial Order, and set out deadlines for the Parties to submitted Motions Pleadings objection Exhibits. Etc. Etc. Please see Enclosure-"B."

On November 3, 2005, Plaintiff again wrote to defendant DiNitto explaining to him that he have deadlines to met in the U.S. District Court of Rhode Island, First Circuit U.S. Court of Appeals and the Supreme Court of Rhode Island that he need access to his legal materials in Emergency basis to please have them Returned to him. in his Response of November 8, 2005, defendant DiNitto stated: I suggest that you write to Mr. Glenn in Virginia Regarding this Matter. It is the Responsibility of Virginia to Provide you with your legal materials. Please see Enclosure-"C."

Plaintiff immediately on November 11, 2005, Wrote to Mr. Gene M. Johnson, Director of VDOC and Mr. Terry Glenn, Virginia interstate Corrections Compact Coordinator, explaining them the situation and asking them to please send him his legal material, but to not avail.

On November 24, 2005, again Plaintiff wrote to defendant DiNitto, explaining to him that Virginia Prison officials do not respond to out-of-state inmate requests, that they need to made these request through the sending state, interstate compact coordinator.
The plaintiff also explained to defendant DiNitto that he is the interstate Corrections Compact Coordinator, and there is no reason why he can't contact Virginia Prison officials and askes them to send Plaintiff legal materials to him. defendant DiNitto did not respond and or take any action to have Plaintiff legal materials Returned to him.

Under the First Amendment to the United States Constitution Plaintiff has a guaranteed Constitutional rights of access to his legal materials, and deny him access to his legal materials, constitutes denial of his Rights

OF ACCESS to the COURTS.

The Plaintiff Pendings legal matters ARE in SERIOUS JEOPARDY FROM AND OR FOR THE UNCONSTITUTIONAL CONDUCT OF THE DEFENDANTS OF REFUSING to have all his legal materials Returned to him.

THEREFORE, FOR the REASONS STATED in This MEMORANDUM, PLAINTIFF RESPECTFULLY PRAYS that this HONORABLE COURT ISSUE AN ORDER directing the defendants to have all Plaintiff legal materials Returned to him.

Respectfully submitted

[signature]

BERNARDO FIGUEROA
I.D. # 80803
ISC. P.O. BOX 8249
CRANSTON, R.I. 02920