ENCLOSURE – "C"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

November 8, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated November 3, 2005, regarding obtaining your legal material, please be advised of the following.

I suggest that you write to Mr. Terry Glenn in Virginia regarding this matter. It is the responsibility of Virginia officials to provide you with your legal materials.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: T. Glenn
file
1105figueroa2

1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

November 1, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated October 27, 2005, please be advised of the following.

It is the responsibility of the Classification Office to transfer Rhode Island inmates out-of-state per order of the Director and/or the Assistant Director of Corrections. Therefore, it would follow that you write to Director Wall regarding your request not to be transferred back to the Commonwealth of Virginia.

Also, be advised that I am forwarding a copy of your letter to Michael Grant, Deputy Chief Legal Services, who has been actively involved with your case; and I am suggesting to Mr. Grant that he talk to Director Wall as it relates to your transfer back to the Commonwealth of Virginia. You will be advised of any action taken by this Department relative to your transfer back to the Commonwealth of Virginia.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: A.T. Wall
J. Gadsden
M. Grant
1105figueroa

(2)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

November 22, 2005

Mr. Bernardo Figueroa, ID# 080803
P.O. Box 8249
Intake Service Center
Cranston, RI 02920

Dear Mr. Figueroa:

I am responding to your 11/21/05 letter. You apparently wrote it before receiving my 11/18/05 response to your 11/03/05 letter.

It is my understanding you will remain in Rhode Island at least until your current eye condition is evaluated and treated, if necessary.

With respect to your complaints relative to visitation and telephone privileges, you must work within the established chain of command—line Correctional Officers, Superior Officers, Deputy Wardens, Warden, and Assistant Director of Institutions & Operations. Your bypassing this chain and writing directly to me only prolongs the time necessary to investigate and resolve your concerns. As a courtesy to you, I am forwarding your 11/21/05 letter to Warden McCauley for written response. In the future, please direct your correspondence to the appropriate level in the chain of command.

Sincerely,

A. T. Wall

Ashbel T. Wall, II
Director

cc: D. McCauley (w/enclosure; for written response to the inmate, with a copy to me)
J. Gadsden
M. Grant
Response Pending File (ISC)

Look At the back Side

(3)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

November 18, 2005

Mr. Bernardo Figueroa, ID# 080803
P.O. Box 8249
Intake Service Center
Cranston, RI 02920

Dear Mr. Figueroa:

I am responding to your 11/03/05 letter in which you asked not to be returned to Virginia.

As you know, you will remain in Rhode Island for the foreseeable future for evaluation and possible treatment of a medical condition.

Sincerely,

A. T. Wall

Ashbel T. Wall, II
Director

cc: M. Grant
J. Gadsden
J. DiNitto
D. McCauley
M. Poshkus
File