UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR A COURT ORDER**

Now come the Defendants in the above-entitled matter, and hereby objects to the Plaintiff's motion for a court order as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, R. I. 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 14th day of December, 2005, I mailed a true copy of Defendants' Objection to Plaintiff's Motion For a Court Order and accompanying Memorandum to Bernardo Figueroa, #272332, Red Onion State Prison, P. O. Box 1900, Pound, Virginia 24279.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

**MEMORANDUM**

Plaintiff is a Rhode Island penal inmate that was voluntarily transferred to a confinement facility in the State of Virginia. Plaintiff is temporarily in Rhode Island, however, shall be returned to Virginia within the next forty-five (45) to ninety (90) days. Plaintiff is seeking an order from this Court against the Defendants to require them to obtain his legal materials, which are presently being held in Virginia. However, a Court Order against the instant Defendants would be futile in light of the fact that Plaintiff's legal materials are in the custody and care of the prison authorities of the State of Virginia, not the State of Rhode Island.

On November 3, 2005, Plaintiff, in fact, requested of Defendant Joseph DiNitto to have his legal materials returned from the State of Virginia. In a letter dated November 8, 2005, Defendant DiNitto responded to Plaintiff suggesting that the Plaintiff correspond with a Mr. Terry Glenn in Virginia regarding his legal materials, as it is "the responsibility of Virginia officials to provide you with your legal materials." See attached letter.

Accordingly, Defendants urge that the instant motion be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, R. I. 02920
Bar No. 3864

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. B[illegible]
[illegible] 02920

November 8, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated November 3, 2005, regarding obtaining your legal material, please be advised of the following.

I suggest that you write to Mr. Terry Glenn in Virginia regarding this matter. It is the responsibility of Virginia officials to provide you with your legal materials.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: T. Glenn
file
1105figueroa2