UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,
PLAINTIFF,

V. C.A. No. 05-185S

ASHBEL T. WALL, II, ET. AL.
DEFENDANTS.

MOTION FOR EXTENSION OF TIME

Now Comes the above named Plaintiff Bernardo Figueroa, in Pro-se, and Respectfully Requests this Honorable Court to Extend the time in which to File his Pretrial memorandum to including until the defendants Return Plaintiff his legal materials.

For the Past 65 days Plaintiff legal materials have been holding in Virginia Prison, and all his Requests to the defendants to have his legal materials returned to him have been disregarded.

Therefore, for the Reasons stated above the Plaintiff Respectfully request that the time in

Which to File his Pretrial memorandum be Extended to and including until defendants have his legal materials Returned to him.

Respectfully submitted,

[signature]

BERNARDO FIGUEROA
I.D. # 80803
I.S.C. - P.O. - Box 8249
CRANSTON, R.I. 02920

CERTIFICATE OF SERVICE

I hereby Certifies that on this 19th day of December 2005, A true copy of the within Motion for Extension of time was mailed to defendants attorney Michael B. Grant, Esq. Deputy Chief legal counsel RIDOC. At 40 Howard Avenue, Cranston, R.I. 02920

[signature]