**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

v. C.A. No. 05-185 S

**A.T. WALL**, et al.

**ORDER**

Plaintiff Bernardo Figueroa, a Rhode Island inmate currently confined at the Adult Correctional Institutions, filed a motion seeking an extension of time in which to file a pretrial memorandum in this case. In support of the motion, plaintiff avers that his legal material is currently housed at a confinement facility in Virginia, where the plaintiff was previously confined. Defendants have not objected. Accordingly, plaintiff's motion for an extension of time is hereby **GRANTED**. Plaintiff shall file his pretrial memorandum on or before February 5, 2006.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 5, 2006