STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

October 25, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated October 23, 2005, please be advised of the following.

It is my understanding that all your personal belongings will remain in the Commonwealth of Virginia. You are in Rhode Island for court proceedings; and when your court proceedings are completed, you will be returned to the Commonwealth of Virginia.

This office received a phone call from Virginia officials indicating that your legal material and/or mail will be forwarded to you at this address. All other issues (i.e. showers, shoes and access to a counselor) can be directed to the Warden, Deputy Warden and/or your assigned counselor.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: file
1005figueroa

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

**MEMORANDUM**

Plaintiff is a Rhode Island penal inmate that was voluntarily transferred to a confinement facility in the State of Virginia. Plaintiff is temporarily in Rhode Island, however, shall be returned to Virginia within the next forty-five (45) to ninety (90) days. Plaintiff is seeking an order from this Court against the Defendants to require them to obtain his legal materials, which are presently being held in Virginia. However, a Court Order against the instant Defendants would be futile in light of the fact that Plaintiff's legal materials are in the custody and care of the prison authorities of the State of Virginia, not the State of Rhode Island.

On November 3, 2005, Plaintiff, in fact, requested of Defendant Joseph DiNitto to have his legal materials returned from the State of Virginia. In a letter dated November 8, 2005, Defendant DiNitto responded to Plaintiff suggesting that the Plaintiff correspond with a Mr. Terry Glenn in Virginia regarding his legal materials, as it is "the responsibility of Virginia officials to provide you with your legal materials." See attached letter.

Accordingly, Defendants urge that the instant motion be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, R. I. 02920
Bar No. 3864

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

December 7, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated November 23, 2005, please be advised of the following.

I am suggesting that you talk to your assigned counselor regarding your request.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: file
1205figueroa