UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C.A. No. 05-185S

ASHBEL T. WALL, Et. AL.

MOTION FOR EXTENSION OF TIME

Now Comes the Plaintiff, Bernardo Figueroa, in Pro-se, and Respectfully Requests this Honorable Court to extend the Time within which to File his Pretrial memorandum, voir dire question and all information this court has required, up to including Ten (10) days after his legal materials is provided to him. in support of this motion Plaintiff state the following.

1.- The Plaintiff Previously Filed a motion with this court, seeking an order directing the defendants to transfer his legal materials from the Virginia Red Onion state Prison, and Powhatan Receiving Classification Center to him at the Rhode Island A.C.I.

2.- On January 5, 2006, this court issued

an order in which defendants was ordered to arrange a transfer of all of Plaintiff's legal materials, currently in Virginia confinement facilities to him at the Rhode Island A.C.I. forthwith; not later than 14 days. Please see enclosure - "A" the defendants however, have willfully and deliberately fails, refuse and neglect to comply with this Court's order. As a result, Plaintiff have been and will continue to be unable to comply with this Court Pretrial Memorandum as well as other legal matters he has pending, unless all his legal materials is provided to him.

Therefore, Plaintiff respectfully prays that this Honorable Court grant him extension of time within which to file his Pretrial Memorandum.

Respectfully submitted,

[signature]

Bernardo Figueroa, #80803
I.S.C. P.O. Box 8249
Cranston, R.I. 02920

CERTIFICATE OF SERVICE

I hereby certifies that on this 26th day of January 2006, a true copy of the within motion

Was mailed to defendants' attorney Michael B. Grant at the R.I. D.O.C. Legal Department 40 Howard Avenue, Cranston, R.I. 02920

Bernardo Figueroa