January 26, 2006

Honorable William E. Smith
U.S. District Judge
Federal Building and Courthouse
Two Exchange Terrace
Providence, R.I. 02903

RE: B. Figueroa v. A.T. Wall, et. Al.
C.A. No. 05-185S

Dear your Honor:

I am sorry I am calling on you again, but the problem is that on January 5, 2006, this Court issued an order ordering the defendants to arrange transfer of all my legal materials to me not later than 14 days from the date of the order. The defendants however, show no respect for this court orders, and have failed refused and neglect to comply with this court order.

I am respectfully asking you to please have the defendants comply with this court order. They are doing everything they can to prevent me from being able to pursuing my legal claims.

Since my arrival to Rhode Island, they have me confined in isolation without even a showers shoes. I am being denying access to envelopes, papers stamps which they sale in commissary and when I asking for legal supplies my requests are being

denied. and I have not access to the law library today I appeared before the R.I. Supreme Court's Justices. And I was unable to argue my case and the chief Justice continue my case. I also have been unable to prepare and file my brief in the First Circuit US. Court of Appeals as well as my pretrial memorandum in this case, and the defendants continue willfully and deliberately witholding my legal material and legal supplies. in Virginia

the state marchals told me today that the Department of Corrections is making arrangement to force me transfer to Virginia that they was gonna transfer me a few weeks ago, and they are doing this to prevent me from pursuing my claims

Your Honor. I am asking you to please take my situation very serious because these defendant want me to die.

Thank you for your time and understanding

Respectfully yours,

[signature]

BERNARDO FIGUEROA
I.D. # 80803
ISC. P.O. Box 8249
Cranston, RI. 02920