UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,

v. C.A. No. 05-185S

ASHBELT WALL, ET. AL.

# MOTION FOR CONTEMP CITATION

Now comes the Plaintiff Bernardo Figueroa, in Pro-se, and pursuant to the applicable Rules of the Fed. R. Civ. P. Respectfully Request this Honorable Court to adjudge the defendants in contempt for failure to comply with a federal court executive order. In support of this motion Plaintiff states the followings:

1. the Plaintiff filed a motion seeking an order directing the defendants to transfer his legal materials (legal supplies included) from his former place of confinemen in Virginia i.e. Red Onion State Prison and Powhatan Receiving Classification Center, to

his current place of confinement, the R.I.A.C.I. intake service center. the plaintiff asserted that his legal materials is needed to prepare for the prosecution of this instant case and other legal matters he have pending in the R.I. Supreme Court concerning his criminal conviction; in the First Circuit U.S. Court of Appeals and in the R.I. Superior Court as well as other case he has pending in this court. Figueroa v. Wall. Et. Al. CA. No. 05-415T.

2. On January 5, 2006, this court issued an executive order in which the defendants were "**ordered**" to arrange a transfer of "**ALL**" of plaintiff's legal materials, currently at virginia confinement facilities, to him at the A.C.I. that defendants shall comply forthwith, not later than 14 days from the date of the order. Please <u>see</u> <u>enclosure-"A."</u>

3. As to this date January 29, 2006, 24 days later the defendants has not yet comply with this court order and continue refusing to transfer all plaintiff's legal materials legal supplies including to him as ordered by this court on January 5. 2006.

4. Do to the denial of access to his legal materials and legal supplies the plaintiff have been and will continue to be unable to prepare the prosecution of this case and the other legal matters he has pending and unable to me any of the deadline set by the courts.

Therefore, Plaintiff respectfully request that this Honorable Court fine the defendants for their contemptuous conduct and order them to comply with this court order of January 5, 2006, without any further delay.

Respectfully submitted

[signature]

Bernardo Figuero A. # 80803
I.S.C. P. O. Box 8249
Cranston, RI. 02920

CERTIFICATE OF SERVICE

I hereby certifies that on this 29th day of January 2006, a true copy of the within Motion was mailed to defendants' attorneys Michael Grant and Patricia Coyne-Fague, at RIDOC. 40 Howard Ave. Cranston. R I 02920.

[signature]