ENCLOSURE-"B"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

November 8, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated November 3, 2005, regarding obtaining your legal material, please be advised of the following.

I suggest that you write to Mr. Terry Glenn in Virginia regarding this matter. It is the responsibility of Virginia officials to provide you with your legal materials.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: T. Glenn
file
1105figueroa2