ENCLOSURE - "C"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

December 7, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated November 23, 2005, please be advised of the following.

I am suggesting that you talk to your assigned counselor regarding your request.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: file
1205figueroa