ENCLOSURE-"E"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

v. C.A. No. 05-185 S

**A.T. WALL**, et al.

**ORDER**

Plaintiff Bernardo Figueroa, a Rhode Island inmate currently confined at the Adult Correctional Institutions, filed a motion seeking an Order directing the defendants to transfer his legal material from his former place of confinement - a Virginia facility, to his current place of confinement, the Adult Correctional Institutions in Rhode Island. Plaintiff avers that his legal material is needed to prepare for the prosecution of this instant case and for other matters. Indeed, this instant case is on this Court's trial calendar for February 2006. Defendants have not opposed the motion.

Accordingly, plaintiff's motion is **GRANTED**. The defendants are hereby **ORDERED** to arrange a transfer of all of plaintiff's legal materials, currently at a Virginia confinement facility, to him at the Adult Correctional Institutions. Defendants shall comply **FORTHWITH**.

Furthermore, the defendants are hereby directed to file with the Court a letter advising when plaintiff's legal files have been provided to him, and, in any event, shall not be later than 14 days from the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 5, 2006