UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND\

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Now come the Defendants in the above-entitled matter and hereby move This Honorable Court for an extension of time in order to comply with Senior Magistrate Judge Hagopian's Order dated January 5, 2006 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 31st day of January, 2006, I mailed a true copy of the within Defendants' Motion For An Extension Of Time and accompanying Memorandum to Bernardo Figueroa, P. O. Box 8249, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND\

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

MEMORANDUM

Judge Hagopian, on January 5, 2006, ordered the Defendants to "transfer all of plaintiffs legal materials, currently at a Virginia confinement facility, to him at the Adult Correctional Institutions. Defendants will comply forthwith."

Defendants have, in fact, received possession of plaintiffs file from Virginia concerning the instant action. Such file was forwarded to the plaintiff at the Intake Service Center in Cranston. However, this was not accepted by plaintiff, in light of the fact that the package did not include all of his legal materials stored in Virginia. The undersigned has possession of said file.

Defendants have been assured by Red Onion State Prison, where plaintiff was confined prior to being transported to Rhode Island in late 2005, that all of plaintiffs remaining legal files shall be received by the ACI no later than February 6, 2006. Defendants, however, anticipate that they will receive these papers by February 2 or 3, 2006 and shall immediately furnish the same to the plaintiff at the Intake Service Center.

Accordingly, the Defendants request that Judge Hagopian's January 5, 2006 Order be extended and that Defendants have until and including February 6, 2006 to comply with the same.

Respectfully submitted,

Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920