**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

**v.** **C.A. No. 05- 185 S**

**A.T. WALL**, et al.

## ORDER

This matter is before the Court on the motion of the plaintiff to extend the time in which to file his pretrial memoranda. Said motion is **GRANTED**. Plaintiff shall file his pretrial memoranda on or before February 21, 2006.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 7, 2006