February 9, 2006

Hon. William E. Smith
United States District Judge
Federal Bldg. and Courthouse
Two Exchange Terrace
Providence, R.I. 02903

Re: Bernardo Figueroa v. A.T. Wall, et. al.;
C.A. No. 05-185S

Dear Your Honor:

The instant letter comes to your attention because in the above referenced action on January 5, 2006, this Court issued an order in which the defendants was ordered to arrange a transfer of all of plaintiff's legal materials to him forthwith. Please see Enclosure-"A."

Because the defendants failed to comply in the time stipulated by this Court, I filed a motion for contempt citation, to which the defendants objected stating that they will comply forthwith no later than February 6, 2006. Please see Enclosure-"B."

Today defendants' attorney sent me a portion of my legal materials and all of the following was not sent to me.

1. Two big Dictionary which I need

2. SEVEN (7) legal books which I Need;

3. the Entire File including the case and Exhibits concerning this action;

4. All my legal Envelopes over 100 which I Need;

5. All my Postage stamps over 65 which I Need;

6. the Entire litigation and copies of same I have made to serve the defendants concerning C.A. No. 05-415 T. which I Need;

7. The Entire litigation and all Exhibit concerning CA. 02-323 ML.

8. The Entire brief, copies, Exhibits, Appendix and Addendum that I have already prepared to File with the First Circuit U.S. Court of Appeals appeal NO. 05-2553.

9. All my address and legal File small books which I Need;

10. My Eye glasses and all my court papers concerning my criminal conviction which is in Post Conviction appeal before the R.I. Supreme Court and several exhibits concerning the instant action I need my eye glasses and these file more than any other.

the defendants' attorney i.e.: Michael Grant has no legal Rights to go through my legal materials and confiscate these legal items, and to make matter even worse the intake service center told me that I can only one foot of legal papers only and took all my legal file

Your Honor, I am asking you to please have the defendants comply with this Court order, and that the I.S.C. administration return my legal file to me so that I may be able to comply with this court Pretrial memorandum.

Respectfully yours,

[signature]

Bernardo Figueroa
ID # 80803
I.S.C. P.O. Box 8249
Cranston, R.I. 02920

BF/oc Enclosure
cc: Michael Grant, Esq.

-3-