**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

v. C.A. No. 05-185 S

**A.T. WALL**, et al.

## ORDER

Plaintiff Bernardo Figueroa, a Rhode Island inmate currently confined at the Adult Correctional Institutions, filed a motion seeking an Order directing the defendants to transfer his legal material from his former place of confinement - a Virginia facility, to his current place of confinement, the Adult Correctional Institutions in Rhode Island. Plaintiff avers that his legal material is needed to prepare for the prosecution of this instant case and for other matters. Indeed, this instant case is on this Court's trial calendar for February 2006. Defendants have not opposed the motion.

Accordingly, plaintiff's motion is **GRANTED**. The defendants are hereby **ORDERED** to arrange a transfer of all of plaintiff's legal materials, currently at a Virginia confinement facility, to him at the Adult Correctional Institutions. Defendants shall comply **FORTHWITH**.

Furthermore, the defendants are hereby directed to file with the Court a letter advising when plaintiff's legal files have been provided to him, and, in any event, shall not be later than 14 days from the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 5, 2006

ENCLOSURE - 'A'

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND\

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Now come the Defendants in the above-entitled matter and hereby move This Honorable Court for an extension of time in order to comply with Senior Magistrate Judge Hagopian's Order dated January 5, 2006 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 31st day of ~~January~~, 2006, I mailed a true copy of the within Defendants' Motion For An Extension Of Time and accompanying Memorandum to Bernardo Figueroa, P. O. Box 8249, Cranston, R. I. 02920.

ENCLOSURE - "B"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND\

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

MEMORANDUM

Judge Hagopian, on January 5, 2006, ordered the Defendants to "transfer all of plaintiff's legal materials, currently at a Virginia confinement facility, to him at the Adult Correctional Institutions. Defendants will comply forthwith."

Defendants have, in fact, received possession of plaintiff's file from Virginia concerning the instant action. Such file was forwarded to the plaintiff at the Intake Service Center in Cranston. However, this was not accepted by plaintiff, in light of the fact that the package did not include all of his legal materials stored in Virginia. The undersigned has possession of said file.

Defendants have been assured by Red Onion State Prison, where plaintiff was confined prior to being transported to Rhode Island in late 2005, that all of plaintiff's remaining legal files shall be received by the ACI no later than February 6, 2006. Defendants, however, anticipate that they will receive these papers by February 2 or 3, 2006 and shall immediately furnish the same to the plaintiff at the Intake Service Center.

Accordingly, the Defendants request that Judge Hagopian's January 5, 2006 Order be extended and that Defendants have until and including February 6, 2006 to comply with the same.

Respectfully submitted,

Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920

February 9, 2006

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R.I.D.O.C. 40 Howard Ave.
Cranston R.I. 02920

Dear Mr. Grant:

I have enclosed copies of the letters I sent to the U.S. District Court of Rhode Island and the First Circuit U.S. Court of Appeals concerning your improper and unprofessional conduct of confiscating my needed legal documents and file.

I am asking you to please return all my legal documents and books to me without further delay. You are intentionally delaying these pending action. It is that the way you expect to win final judgment in these case and appeals? I am also asking you to tell the I.S.C. Administration to give me all my legal file.

Sincerely,
[signature]
Bernardo Figueroa
I.S.C. P.O. Box 8249
Cranston, R.I. 02920

BF/cc:
cc: U.S. Dist. Court
First Cir. U.S. Court of Appeals.