UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S LETTER TO THIS COURT DATED JANUARY 26, 2006/
MOTION FOR CONTEMPT OF COURT ORDER

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's allegations stated in his letter dated January 26, 2006 to this Honorable Court, which this Court has treated as a motion for contempt of an Order entered by Senior United States Magistrate Judge Jacob Hagopian on January 5, 2006 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this the 7th day of February, 2006, I mailed a true copy of the within Defendants' Objection To Plaintiff's Letter To This Court Dated January 26, 2006/ Motion For Contempt Of Court Order and accompanying Memorandum to Bernardo Figueroa, P. O. Box 8249, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

MEMORANDUM

On January 5, 2006 Senior United States Magistrate Judge Jacob Hagopian ordered the Defendants to "arrange a transfer of all plaintiff's legal materials, currently at a Virginia confinement facility, to him at the Adult Correctional Institutions. Defendants shall comply FORTHWITH."

Plaintiff, on January 26, 2006 forwarded a letter to this Honorable Court indicating that, in fact, he did receive part of his file, however, he refused the same because he was not offered all of his legal papers that he had stored in the Virginia State Prison system. Defendants urge that the materials that, in fact, were delivered to the Plaintiff recently at the Intake Service Center in Cranston, Rhode Island were all of his papers and files that pertained to the instant case.

Defendants, as of the date of this objection, have received all of Plaintiff's remaining legal files. Defendants have furnished these files to the Plaintiff at the Intake Service Center.

Accordingly, Defendants request that this Honorable Court deny Plaintiff's motion.

Respectfully submitted,

Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920