**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

**v.** **C.A. No. 05- 185 S**

**A.T. WALL**, et al.

**ORDER**

Plaintiff Bernardo Figeuroa, a Rhode Island inmate currently confined at the Adult Correctional Institutions, filed a motions seeking an order directing the defendants to transfer his legal material from his former place of confinement - a Virginia facility, to his currently place of confinement - the Adult Correctional Institutions in Rhode Island. Plaintiff averred that his legal material was needed to prepare for trial in this case and for the prosecution of other matters. Defendants did not oppose this motion and the motion was granted on January 5, 2006. The Court ordered the defendants to comply within fourteen days, or on or before January19, 2006.

Defendants thereafter moved for an extension of time in which to comply with the Order and the plaintiff has filed a motion to compel compliance and has filed motions to hold the defendants in contempt. Defendants have indicated that as of February 14, 2006, they have complied with the Order and supplied the plaintiff with all of his legal material that remained in Virginia.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' motion for an extension of time is **GRANTED**.

2. Plaintiff's letter-motion filed on January 31, 2006 to hold the defendants in contempt is **DENIED**.

3. Plaintiff's motion filed on February 2, 2006 to hold the defendants in contempt is **DENIED**.

4. Plaintiff's motion filed on February 13, 2006 to compel is **DENIED**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 16, 2006