UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA.

V. CA. No. 05-185S

ASHBEL T. WALL, ET.AL.

PLAINTIFF'S MOTION TO HAVE THE US MARSHAL'S SERVICE TO SERVE SUBPOENA ON WITNESSES

NOW COMES the above named Plaintiff BERNARDO FIGUEROA, in PRO-SE. AND RESPECTFULLY Requests this HONORABLE COURT to issue AN ORDER directing the United States Marshal's Service to effect service of subpoena upon the Plaintiff's witnesses which are employed by the Rhode Island Department of Corrections, except Doctor Daniel Pelashnick who working at the Rhode Island Hospital Ophthalmology Department in support of this motion the Plaintiff state the following:

1 the Plaintiff is Proceeding Pro-se, And for the Past Eighth years and eighth months have been

Confined in Solitary and or Isolation Confinement and is unable to serve any of these Witnesses with a subpoena.

2. the Plaintiff is indigent and this court granted his Request to Proceed in Forma Pauperis and his Request for Service of Process by the U.S. Marshals Service.

3. the Plaintiff's case depends in large part of the testimony of these Witnesses.

Wherefore, Plaintiff Respectfully Prays that this Honorable Court grant the Release that is sought herein.

Respectfully submitted,

[signature]

Bernardo Figueroa, #80803
I.S.C. P.O. Box 8249
Cranston, R.I. 02920

## CERTIFICATE OF SERVICE

I hereby certifies that on this 16th day of February 2006, a true copy of the within Motion was mailed to defendants' Attorney Michael Grant, Esq. At R.I.D.O.C. 40 Howard Ave. Cranston, RI 02920

[signature]