UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

DEFENDANTS' MOTION FOR LEAVE

Pursuant to Rule of Civil Procedure 6(b)(2), now come the Defendants in the above-entitled matter and hereby move This Honorable Court for leave to extend time to the instant Defendants to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Referred to U.S.M.J. Hagopian
☐ for findings & recommended disposition
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 3/13/06

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 10th day of March, 2006, a true copy of the enclosed Defendants Motion For Leave and accompanying Memorandum was mailed to Bernardo Figueroa, P. O. Box 8249, Cranston, R. I. 02920.

ORDER

GRANTED

Dispositive motions by Defendant may be filed on or before March 17, 2006

Jacob Hagopian
U.S. Magistrate Judge
13 Mar 06