# *UNITED STATES DISTRICT COURT*

*for the*

*District of Rhode Island*

*Case No. C.A. 05-185S*

RECEIVED

MAR 07 2006

US MARSHALS
RHODE ISLAND

*To: Warden*
*ACI*
*Cranston, Rhode Island*

YOU ARE HEREBY COMMANDED, **to have the body of BERNARDO FIGUEROA, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 9:00 a.m., on the 21st day of March, 2006, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.**

**Return unexecuted, court appearance cancelled.**

**Deputy U.S. Marshal**

**WITNESS the Honorable William E. Smith**

**United States Judge at Providence, RI**
**Dated: March 7, 2006.**

**David A. DiMarzio, Clerk**

**Calendar Call**

**By**
**Alba-Sue Mercurio, Deputy Clerk**