UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. C.A. No. 05-185S

ASHBEL T. WALL, ET.AL.

# MOTION FOR A COURT ORDER

Now comes the Plaintiff Bernardo Figueroa in Pro-Se, and Respectfully Request this Honorable Court to issue an order directing the defendants To Returns all Plaintiff's legal materials Without further delay to him. For the following Reasons:

On January 5, 2006, this Honorable Court issued an Order, in which the defendants were Ordered To arrange a Transfer of all of Plaintiff's legal materials "to him" at the A.C.I. Forthwith. Please see Enclosure-"A"

the Portion of Plaintiff's legal materials that

was transferred from Virginia to the defendants' counsel, Michael Grant, Esq. At that time, on February 14, 2006, was transferred to the Plaintiff, and that very same day almost all of these legal file was taken and placed on traps alleging that Plaintiff cannot have all his legal file in his cell at the segregation unit were he have been confined.

the Plaintiff is allowed one hour out-of-cell for single recreation and showers Monday through Friday, and only during these recreational period he is allowed to go through his legal file for a short period of time and he is handcuffed to go there.

the Plaintiff respectfully submits for the records that this instant case is on this Court's Trial Calendar for April 2006, and Plaintiff is preparing his case and need free access to all of his legal file, furthermore Plaintiff is prosecuting other cases criminal and civil and without his legal file he would be unable to be ready for trial and prosecute these legal matters he has pending i.e.;

Figueroa v. Wall, et. al., C.A. No. 05-415T

Post-Conviction Relief No. 03-231A

he was forced to voluntarily dismissed an appeal to the Firs Circuit, U.S. Court of Appeals.

Wherefore, for the above stated reasons Plaintiff Respectfully ask this Honorable Court to please issued an order directing the defendants to return him all his legal file forthwith.

Respectfully submitted,

[signature]

Bernardo Figueroa
I.D. # 80803
I.S.C. P.O. Box 8249
Cranston, RI. 02920

CERTIFICATE OF SERVICE

I hereby certifies that on this 12th day of March 2006, a true copy was mailed to defendants' attorney Michael Grant, Esq. at RIDOC 40 Howard Avenue. Cranston, RI. 02920

[signature]

Case 1:05-cv-00185-S Document 20-1 Filed 01/05/2006 Page 1 of 1

ENCLOSURE-"1"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

v. C.A. No. 05-185 S

**A.T. WALL**, et al.

**ORDER**

Plaintiff Bernardo Figueroa, a Rhode Island inmate currently confined at the Adult Correctional Institutions, filed a motion seeking an Order directing the defendants to transfer his legal material from his former place of confinement - a Virginia facility, to his current place of confinement, the Adult Correctional Institutions in Rhode Island. Plaintiff avers that his legal material is needed to prepare for the prosecution of this instant case and for other matters. Indeed, this instant case is on this Court's trial calendar for February 2006. Defendants have not opposed the motion.

Accordingly, plaintiff's motion is **GRANTED**. The defendants are hereby **ORDERED** to arrange a transfer of all of plaintiff's legal materials, currently at a Virginia confinement facility, to him at the Adult Correctional Institutions. Defendants shall comply **FORTHWITH**.

Furthermore, the defendants are hereby directed to file with the Court a letter advising when plaintiff's legal files have been provided to him, and, in any event, shall not be later than 14 days from the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 5, 2006