UNITED STAT ES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185

A. T. WALL, ET AL

**AFFIDAVIT OF PAULINE M. MARCUSSEN**

1. I, Pauline M. Marcussen, am employed with the Rhode Island Department of Corrections, and serve as Chief of Program Development.

2. My primary duties with the Rhode Island Department of Corrections consist of keeping and maintaining all medical records of sentenced inmates and pre-trial detainees housed at the Rhode Island Department of Corrections.

3. All copies of medical records belonging to the Plaintiff that are attached as Exhibits to the Affidavit executed by Dr. Figueroa, referred to as **Exhibits A through I**, and the document attached to the affidavit executed by Rosemary DiGiulio, referred to as Exhibit A, are true and accurate copies of the original records maintained by the ACI.

4. The medical records at issue in this case are kept in the ordinary course of business at the Department of Corrections.

5. All entries made on the records in question contained in Bernardo Figueroa's medical file were made at or near the time of the events that they record.

6. The attached document from "The MRI Center" concerning an X-ray of the Plaintiff on March 8, 2006, addressed to Okosun Edoro, M. D. is a true and accurate copy

of the original maintained at the Rhode Island Department of Corrections.

Pauline M. Marcussen, MS, RHIA, CCHP
Pauline M. Marcussen

Subscribed and sworn to before me, in Cranston, this 16th day of March, 2006.

Marcia Ann Cross
Notary Public
My Commission expires 09-09-09