UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-185 S

A. T. WALL, ET AL

**AFFIDAVIT OF ROSEMARY DI GIULIO**

1. I, Rosemary DiGiulio, at all pertinent times have been employed with the Rhode Island Department of Corrections, and served as a Licensed Practical Nurse.

2. During December, 1998, I was posted at the High Security Center. During said month, Inmate Bernardo Figueroa was housed at the High Security Center.

3. The attached copy of Plaintiff's medical record, entitled "Consultation Report Rhode Island Department of Corrections" [marked as **Exhibit A**] is a true and accurate copy of the original maintained with the Rhode Island Department of Corrections.

4. My signature appears on **Exhibit A**, which also contains the following entry that I made, "inmate refused pre-op test -- 12.22.98 surg. canc." I made this entry in light of the Plaintiff telling me that he did not want to go through pre-operative testing required by Rhode Island Hospital.

Rosemary DiGiulio RN
Rosemary DiGiulio, R.N.

Subscribed and sworn to before me, in Cranston, this 17th day of March, 2006.

Marcia Ann Croce
Notary Public
My Commission expires 3-17-09