UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,

V CA. No. 05-185S

ASHBEL T. WALL, ET. AL.

# MOTION FOR A COURT ORDER

Now Comes the Plaintiff, Bernardo Figueroa, in Pro-se, And Respectfully Request this Honorable Court to issue and order directing the defendants to have all of Plaintiff's legal supplies, Legal books, dictionary, and Personal belongings that are held in Virginia Red Onion state Prison, transferred to him at the Adult Correctional institution in Cranston, Rhode island For the Following Reasons:

On October 16, 2005, the Plaintiff Was Returned to the Rhode island ACI. From the Virginia Red Onion state Prison (ROSP). At that time all Plaintiff legal materials and Personal belongings Was held at the ROSP. by Order of this Court of January 5, 2006, A large Portion of Plaintiff's legal materials Was Returned to him. However, legal

supplies, legal books and Personal belonging was and still being held at the Virginia ROSP.

On February 28, 2006, Plaintiff wrote a letter to defendant DiNitto, Interstate Corrections Compact Administrator for the RIDOC explaining to him that he need his legal supplies legal books and Personal belongings to Please have them Returned to him. In his Response of March 3, 2006, Mr. DiNitto stated that in speaking with Assistant Director Jake Gadsden on this date Regarding your reques to obtain your Personal items from the Commonwealth of Virginia, it has been decided that we will not contact the Commonwealth of Virginia to have these Personal items sent to you. Please see Enclosure-"A".

Mr. DiNitto go on to state in his letter of March 3, 2006 that it is the Policy of the RIDOC to Provide Personal items to indigent inmates on a Routine basis Per departmental Policy, that I were given these Personal items. Such an assertion is clearly incorrect. Please Review of the Enclosures-"B." indicating that law library does not supplies papers and envelopes to indigent inmates and that we have no showers shoes. Please see Enclosures-"B."

Again in March 027, 2006, Plaintiff wrote to Mr. DiNitto, explaining to him that he Needs his legal supplies, legal books and Personal belongings, that these legal

items are needed from the prosecution of his pending legal matters, and the personal belongings for his care, that for the past six (6) months he have been lock up in isolation at intake service center without even a shower shoes. to please have these items returned to him. In his response of March 28, 2006, Mr. DiNitto stated that his letter of March 3, 2006, stands as is. and suggested plaintiff to write to attorney Grant regarding this matter. The plaintiff did so but not answers has been received. Please see enclosure "C"

Wherefore the plaintiff respectfully prays that this Honorable Court issue the requested order directing the defendants to have all of his legal supplies, legal books, and personal belongings that are held at the Virginia ROSP. transferred to him at the R.I. ACI. forthwith.

Respectfully submitted,

[signature]

BERNARDO FIGUEROA
I.D. # 80803
I.S.C. P.O. BOX 8249
CRANSTON, R.I. 02920

## CERTIFICATE OF SERVICE

I hereby certifier that on this 10th day of April

2006. A TRUE COPY OF THE WITHIN PLAINTIFF'S MOTION FOR A COURT ORDER WAS MAILED TO THE DEFENDANTS AND THEIR ATTORNEY MICHAEL B. GRANT, DEPUTY CHIEF LEGAL COUNSEL, RIDOC. AT 40 HOWARD AVENUE, CRANSTON. RI 02920

[signature]

BERNARDO FIGUEROA