R.I. Dept. Of Corrections

ENCLOSURE - "B" 1

# REQUEST FORM

TO: Law Library Officer or Person in charge DATE: Oct. 15, 2005

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I was returned from an out of state confinement facility and at this time I am an indigent inmate and need indigent legal supplies such as paper and envelope to comply with a few court requirement concerning pending matters that I am in with the Federal and State Court of Rhode Island as well as in First Circuit U.S. Court of Appeals.

INMATE NAME Bernardo Figueroa I.D.# 80603

WORK ASSIGNMENT: NONE CELL NUMBER: L-24 B.

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ✓ WORK RELEASE ______

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

## Disposition of Case

RESPONSE: The Central Law Library does not supply paper and envelopes to indigent inmates, or to any inmates at all! Stationery items should be ordered from the inmate store.

SIGNATURE P. Ferreira TITLE Law Librarian DATE 10/18/05

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

ENCLOSURE -"B" II

R.I. Dept. Of Corrections

## REQUEST FORM

TO: St. Area - med. or. Unit DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) AT THE PRESENT TIME I AM INDIGENT NEED SOME SHOWER SHOES AND TO PLACE PHONE CALL TO MY FAMILY TO LET THEM KNOW WHERE I AM.
THANK YOU.

INMATE NAME Bernardo Figueroa I.D.# 50503

WORK ASSIGNMENT: NONE CELL NUMBER: [illegible]

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. [illegible] WORK RELEASE ______

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

### Disposition of Case

RESPONSE:
We have no Shower Shoes

SIGNATURE [signature] TITLE ______ DATE 10/20/05

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | - DESIGNEE | WHITE | - INMATE |
| YELLOW | - " | YELLOW | - ASSOCIATE DIRECTOR |
| PINK | - " | PINK | - DESIGNEE |
| SALMON | - INMATE | | |

S - 10