ENCLOSURE - "C"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

March 28, 2006

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated March 27, 2006, please be advised of the following.

My letter to you dated March 3, 2006, stands as is. If you have any questions regarding this matter, you should write directly to Michael Grant, Deputy Chief Legal Services, who is handling your legal issues.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: J. Gadsden
M. Grant
file
306figueroa4