FULL EXHIBIT-"B"

ELEANOR SLATER HOSPITAL
P.O. BOX 8269
CRANSTON, RI 02920-0269

CLINICAL LABORATORY SERVICES

Patient: FIGUEROA, BERNARDO
Med Rec: (00000)080803
Patient Type: O
Age: 43 YRS Sex: MALE
Location: HISC
Copy to: MOTOLA, B.

HEMATOLOGY

| | | | |
|---|---|---|---|
| DATE | 06/24/99 | | |
| DAY | 000 | | |
| TIME | 0855 | UNITS | NORMAL RANGE |
| ---- Complete Blood Count ----- | | | |
| WBC | 3.9L | K/cmm | (4.0-11.0) |
| RBC | 5.39 | K/cmm | (4.40-6.10) |
| HGB | 15.1 | G/DL | (14.0-18.0) |
| HCT | 46.9 | % | (40.0-53.0) |
| MCV | 87.0 | fL | (80.0-97.0) |
| MCH | 28.0 | pg | (26.0-32.0) |
| MCHC | 32.2 | % | (31.0-36.0) |
| RDW | 12.4 | % | (11.5-14.5) |
| PLATELET | 210 | K/cmm | (150-450) |
| ----- Differential, Automated ----- | | | |
| LYMPH % | 42.9 | % | (10.0-50.0) |
| NEUT % | 47.7 | % | (37.0-80.0) |
| MONO % | 8.3 | % | (0.0-15.0) |
| EOSIN % | 0.2 | % | (0.0-7.0) |
| BASOS % | 1.0 | % | (0.0-2.5) |
| EOS ABS | 0.0 | K/cmm | (0.0-0.7) |
| GRAN ABS | 0.0 | K/cmm | (0.0-0.2) |
| NEUT ABS | 1.8L | K/cmm | (2.0-7.5) |
| LYMPH ABS | 1.7 | K/cmm | (0.6-3.4) |
| MONO ABS | 0:3 | K/cmm | (0.0-0.9) |
| ----- Differential, Manual ----- | | | |
| RBC MORPH | NORMAL | | |
| PLT MORPH | NORMAL | | |

D 06/28/99

Footnotes
L = Low

Included on Page: CBC & DIFF
Printed: 06/24/99

6

ELEANOR SLATER HOSPITAL
P.O. BOX 8269
CRANSTON, RI 02920-0269

CLINICAL LABORATORY SERVICES

Patient: FIGUEROA, BERNARDO
Med Rec: (00000)080803
Patient Type: O
Age: 43 YRS Sex: MALE
Location: HISC
Copy to: MOTOLA, B.

COAGULATION - PT/PTT

| | | | |
|---|---|---|---|
| DATE | 06/24/99 | | |
| DAY | 000 | | |
| TIME | 0855 | UNITS | NORMAL RANGE |
| ----- Protime (PT) ----- | | | |
| PROTIME PT | 11.7 | SEC | (11.0-14.0) |
| PROTIME CNTRL | 11.4 | SEC | |
| INR | 0.98 | | |
| ----- Partial Thromboplastin Time (PTT) ----- | | | |
| PTT PT | 26.4 | SEC | (25.0-40.0) |
| PTT CNTRL | 31.1 | SEC | |

06/28/99

Included on Page: COAG-PT/PTT
Printed: 06/24/99


END OF REPORT