EXHIBITS-"D"

PROVIDENCE ANESTHESIOLOGISTS, INC.
10 ORMS STREET, SUITE 110
PROVIDENCE, RHODE ISLAND 02904

TEL. 1 (401) 453-0666
FAX 1 (401) 458-9619

# NOTICE TO PATIENTS

In accordance with the provisions of sec. 5-37-24 of the Rhode Island General Laws, we wish to inform you of the following with regard to the Anesthesia services you will receive here at the hospital.

1) Your Anesthesiologist is an employee of Providence Anesthesiologists, Inc., a Rhode Island Professional Service Corporation. They are not employees of Rhode Island Hospital, but rather independent physicians whose practice includes providing Anesthesia services at the Rhode Island Hospital.

2) The Anesthesia services provided to you will be billed separately. All inquires regarding fees, insurance forms, and payments should be directed to the above address.

3) Providence Anesthesiologists, Inc. participates in Rhode Island Blue Cross/Blue Shield, United Health Care Plan of New England, Health Advantage, Pilgrim Health Care, Harvard Community Health Care, Medicaid and Medicare.

4) If you are covered by Worker's Compensation, we will bill the Insurance Company directly, providing we have adequate information.

5) Some services provided by Anesthesiologists are uncovered by some insurance plans. Since your Anesthesiologist is unaware of your particular coverage at the time of a requested service, you will be billed directly for services not covered by your insurance plan. If you have questions regarding those services you are likely to receive and their status as covered or uncovered by your particular insurance plan, please call our office.

6) Your Anesthesia fee will be covered by any plan in which we participate provided your plan recognizes these services as covered. However, you will be billed for any co-payments, un met deductibles, ect... that apply to various carriers including those to whom Providence Anesthesiologists, Inc. participates.

7) Your Anesthesia charges are determined by a number of factors which include length of time in the operating room, the complexity of the surgery (as determined by a federal government approved standard relative value guide) and the need of specialized monitoring.

8) The range of Anesthesia charges for the ten (10) most common procedures performed by Providence Anesthesiologists, Inc. is $400.00 to $1,200.00.

PROVIDENCE ANESTHESIOLOGISTS, INC.

"D"

**PROVIDENCE ANESTHESIOLOGISTS, INC.**
10 ORMS STREET, SUITE 110
PROVIDENCE, RHODE ISLAND 02904

PROVIDENCE JUL -1 '99 R.I.
US POSTAGE 0.33
PB METER 6732854

Bernardo Figueroa
ACI
PO Box 8273
Cranston, RI 02920

INMATE MAIL

02920/0273