EXHIBIT- F

David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette J. Dube
Chief Deputy Clerk

March 3, 2006

Bernardo Figueroa
Intake Service Center
P.O. Box 8249
Cranston, RI 02920

RE: Figueroa v. Wall, et al.
C.A. No. 05-185S

Dear Mr. Figureora:

This Court is in receipt of your letter dated February 22, 2006 wherein you question whether the Court ordered a medical evaluation. It is the Court's understanding that the medical evaluation was arranged by the Department of Corrections and not by this Court.

Clerk's Office