UNITED STATES DISTRICT COUR
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. CA. No. 05-185S

ASHBEL T. WALL, ET. AL.

## PLAINTIFF'S STATEMENT OF DISPUTED FACTS

Defendants have moved for summary judgment pursuant to Local Rule 56 (a) of this Court, Plaintiff submits the following list of genuine issues of material fact that require denial of defendants' Motion.

1. Whether the Plaintiff in fact complied with all pre-operative testing procedures concerning his left eye pending surgery.

2. Whether the Plaintiff was involuntarily and by force transferred to a Virginia supermaximum prison.

3. Whether the Plaintiff in fact have ear implants, bilaterally.

4. Whether the defendants have Refused to have the Ear implants Removed.

5. Whether the defendant have attempt to deceive the court into belief that the plaintiff do not have ear implants.

6. Whether the Plaintiff have been subjected to experimental research while in confinement

7. Whether Plaintiff's left ear is deft caused by the implanted device.

8. Whether the Plaintiff have never being transported to the MRI Center in Cranston.

9. Whether the Plaintiff have never been examined by an ear specialist

10. Whether the Plaintiff have been diagnosed with suffering from macula degeneration due to the constant exposure to brights lights in Virginia Prison

11. Whether Plaintiff's left eye require surgery to correct his serious condition

12. Whether the Plaintiff's ear implants require removal to correct his ear condition.

13. Whether the defendants collaborated and agreed to have these device implanted inside the plaintiff's ear canal.

14. Whether the defendants are obligated to provide appropriate medical care to the plaintiff and all inmates committed to the custody of the Rhode Island Department of Corrections.

Respectfully submitted,

[signature]

BERNARDO FIGUEROA
I.D. # 80503
I.S.C P.O. BOX 8249
CRANSTON, RI. 02920