# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. CA. No. 05-185S

ASHBEL T. WALL, ET AL

Hagopian

ORDER granted 26 Apr 06

Jacob Hagopian
U.S. Magistrate Judge

4/26/06

## MOTION FOR EXTENSION OF TIME

Now Comes the above named Plaintiff, pro se, And Respectfully Request this Honorable Court to extend the time within which to file his objection to defendants' motion for summary judgment up to and including May 12, 2006. in support of this motion the Plaintiff state the following.

1. The defendants' motion was filed on April 17, 2006, and it was today april 22, 2006, that the Plaintiff was served with a copy of said motion for summary judgment.

2. the Plaintiff has not Personal Possession of his legal materials and or files and have difficulty in getting access to his legal files.

3. Plaintiff is segregated in isolation and has no access to the main Law Library to do his legal Research.

4. Additional time is needed for the Preparation and Filing of said objection

Wherefore, the Plaintiff respectfully request that the time Within Which to File his objection to defendants' motion be extended until and including May 12, 2006.

Respectfully submitted,

[signature]

Bernardo Figueroa, ID# 80803
I.S.C. P.O. Box 8249
Cranston, R.I. 02920

CERTIFICATE OF SERVICE

I hereby Certifies that on this 22nd day of April 2006, A true Copy of the Within motion for extension of time Was mailed to defendants' attorney Michael B Grant, Esq. at RIDOC. 40 Howard Avenue, Cranston, R.I. 02920.

[signature]