**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

**v.** **C.A. No. 05 - 185 S**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on the motion of the plaintiff to Order the defendants to transfer all of plaintiff's legal supplies, legal books, and personal belongings held at his previous place of confinement - the Red Onion State Prison in Virginia, to his current place of confinement - the Adult Correctional Institutions ("ACI") in Rhode Island. The defendants have objected.

By Order of this Court, the defendants have already transferred all of plaintiff's legal files to the ACI. See Figueroa v. Wall, C.A. No. 05-185S ( Dckt # 20 & 30). Thus, plaintiff has his legal files.

To the extent plaintiff seeks legal books, plaintiff's own filings demonstrate that he has access to the ACI's library. Similarly, to the extent that plaintiff complains that some personal belongings remain in Virginia, plaintiff's own filings demonstrate that the ACI has provided him with the necessary personal supplies. Accordingly, plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 18 , 2006