EXHIBIT - "A"

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
# INSTITUTIONS AND OPERATIONS

## INTER-OFFICE MEMORANDUM

**TO:** **Inmate Bernardo Figueroa**
**ID# 80803**
**High Security**

**FROM:** Jake Gadsden, Assistant Director
Institutions and Operations

**DATE:** July 10, 2006

**SUBJECT:** **REQUEST NOT BE TRANSFERRED**

---

Inmate Figueroa, this is in regard to your letter dated June 25, 2006. In your letter you state that I have not responded to your letters dated May 10th and June 4, 2006, asking to have your personal belongings transferred to the Department and your May 20, 2006, letter to the Director, which was forwarded to me for a response. On June 26, 2006, I responded back to you addressing your concerns.

Inmate Figueroa, you have written to me on a number of occasions asking to have your personal items transferred to RIDOC and have threatened to harm yourself if you are transferred back to Virginia. In each reply back to you, the answer to your concerns is the same; you will remain here under the arrangements/agreement RIDOC has made with the Red Onion State Prison in Virginia and due to that your personal belongings will not be transferred here.

This letter should address your concerns relating to your transfer back to Virginia and about your personal belongings.

JG:crc
C: File