UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

RECEIVED
SEP 20 2006
Property of U.S. District Court
District of Rhode Island

v. C.A. No. 05-185S

ASHBEL T. WALL, ET. AL.

# MOTION FOR EXTENSION OF TIME

Now Comes the Plaintiff, Bernardo Figueroa, in Pro-Se, and hereby Respectfully Requests this Honorable Court to extend the time within which to file his objection to the Report and Recommendation submitted on August 31, 2006, by Honorable Jacob Hagopian, Senior United States Magistrate Judge, up to and including until the defendants transfer all Plaintiff's legal books and legal supplies that are been deliberately held at the Virginia Supermax Red Onion State Prison, to him. in support of his motion the Plaintiff state the following:

1. Plaintiff's legal books, and legal supplies as well as his personal belongings are being held at the Red Onion State Prison. in Virginia for one year.

2. the Portion of Plaintiff's legal File that was transferred to him by order of this court, are been held by defendants employees and he have difficulty to have access to these legal file which do not have the documents information the Plaintiff need to prepare and file an adequate objection to said Report and Recommendation.

3. the Plaintiff have been segregated for almost ten (10) years and he is not allowed access to any law library and the needed legal books.

4. the Plaintiff repeatedly has requested from the defendants to please have all his legal books, legal supplies and personal belongings transferred to him. And the defendants have denied each and every of Plaintiff's requests stating that there is not need to do so because the Plaintiff will be transferred back to the Virginia Red Onion State Prison. Please see Exhibit-"A".

5. the defendants "do not" provide any legal supplies, legal books, free legal mail or nothin to the Plaintiff. To the contrary defendants confiscated the most important documented evidence from Plaintiff legal file.

6) Plaintiff's legal books, legal supplies and the portion of his legal file that are been held at the Virginia Red Onion State Prison are needed for the preparation and filing of his objection to the Magistrate Judge's Report and Recommendation.

Wherefore, the Plaintiff respectfully request that the time within which to file his objection to said Report and Recommendation be extended up to and including until he receive his legal books, legal supplies and the remaining portion of his legal file that are been held in Virginia Prison.

Respectfully submitted

[signature]

Bernardo Figueroa, #80803
High Security Center
Post Office Box 8200
Cranston, R.I. 02920

Denied
WmM
USDJ
9/20/06

CERTIFICATE OF SERVICE

I hereby certifies that on this 14th day of September 2006, a true copy of the within objection was mailed to the defendants and their attorney Michael Grant, Esq at RIDOC. 40 Howard Avenue, Cranston, RI. 02920

[signature]