AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## *District of Rhode Island*

BERNARDO FIGUEROA

v.

JOSEPH A. DINITTO, Associate Director/Chief of Classification, Rhode Island Department of Corrections

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C.A. 01-137T

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is hereby entered in favor of defendant in accordance with this Court's Order entered on April 1, 2002, attached hereto.

April 11, 2002
*Date*

David A. DiMarzio
*Clerk*

Alba-Sue Mercurio
*(By) Deputy Clerk*

34

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.