UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. CA No. 01-137-T

JOSEPH DINITTO, Associate Director/
Chief of Classification, Rhode Island
Department of Corrections

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Defendant Joseph DiNitto's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure is hereby granted. Plaintiff's motion for a temporary restraining order/preliminary injunction pursuant to Fed. R. Civ. P. 65 is hereby denied.

By Order

Paula Farrell
Deputy Clerk

ENTER:

Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: March 29, 2002

33