UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| BERNARDO FIGUEROA<br><br>   Plaintiff,<br><br>v.<br><br>A.T. WALL, Director,<br>Rhode Island Department of<br>Corrections, and<br>JOSEPH DINITTO, Associate<br>Director, Rhode Island<br>Department of Corrections<br><br>   Defendants. | C.A. No. 05-185S |

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on September 1, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' Motion for Summary Judgment is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: