UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

Plaintiff,

v.

A.T. WALL, Director,
Rhode Island Department of
Corrections, and
JOSEPH DINITTO, Associate
Director, Rhode Island
Department of Corrections

Defendants.

C.A. No. 05-185S

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on September 1, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' Motion for Summary Judgment is GRANTED.

By Order,

Deputy Clerk

ENTER:

/s/ William E. Smith

William E. Smith
United States District Judge

Date: