```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF RHODE ISLAND
```

Bernardo Figueroa
    Plaintiff

V.                                             CA05-185S

A.T. Wall, Director, Rhode Island
Department of Corrections, and
Joseph A. DiNitto, Associate Director,
Rhode Island Department of Corrections
    Defendant

### ORDER

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on December 14, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Defendant's Motion to Dismiss is Granted.

BY ORDER:

/s/ Baldwell
DEPUTY CLERK

ENTER:

/s/
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 1/4/07