UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Bernardo Figueroa
Plaintiff

v. CA05-185S

A.T. Wall, Director, Rhode Island
Department of Corrections, and
Joseph A. DiNitto, Associate Director,
Rhode Island Department of Corrections
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on December 14, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). No objection having been filed, the Defendant's Motion to Dismiss is Granted.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 1/4/07